■ Bernard La Vine, Respondent, v Elis G. De Lia, Appellant.—Judg-

ment unanimously affirmed, with costs upon opinion at Trial Term. (Appeal from judgment of Onondaga Trial Term, in action for payment of services.) Present—Marsh, P. J., Mahoney, Goldman and Witmer, JJ.